# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREY KING, et al.,<br><br>　　　　　Defendants. | Case No.: 1:4-cv-02041-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR WAIVER OF FEES AND COSTS OF SERVICE OF PROCESS BY THE UNITED STATES MARSHALL<br><br>[ECF No. 7] |

　　　　Plaintiff William King is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

　　　　On February 10, 2015, Plaintiff filed a request for waiver of fees and costs of service of process by the United States marshal. (ECF No. 7.)

　　　　Plaintiff is entitled to the appointment of the U.S. marshal to serve process on his behalf because he is proceeding in forma pauperis. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3). However, the U.S. marshal will not be directed by the Court to initiate service of the complaint until the Court has screened Plaintiff's complaint and determined that it states cognizable claims. 28 U.S.C. § 1915.

///

///

Accordingly, Plaintiff's motion for waiver of fees and costs of service of process by the U.S. marshal is DENIED.

IT IS SO ORDERED.

Dated: **February 11, 2015**

UNITED STATES MAGISTRATE JUDGE